FILED
08 JAN 28 AM 10:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3 Name  Barrette   Mike   A.
4      (Last)     (First)  (Initial)
5 Prisoner Number  P-75604
6 Institutional Address  SQRC  Gym 242
7                        San Quentin, CA  94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barrette
(Enter the full name of plaintiff in this action.)

vs.

Director of Corrections Tilman
et alii  Does 1—100

(Enter the full name of the defendant(s) in this action)

Case No. C 08 ____  MHP (PR)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  San Quentin

B.  Is there a grievance procedure in this institution?
    YES (✓)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )   NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                              - 1 -

```
 1 |            appeal at each level of review. If you did not pursue a certain level of appeal,
 2 |            explain why.
 3 |            1. Informal appeal _____ N/A _____
 4 |            _____
 5 |            _____ N/A _____ 2. First
 6 |            formal level _____
 7 |            _____
 8 |
 9 |            3. Second formal level _____ N/A _____
10 |            _____
11 |            _____ N/A _____ 4 Third
12 |            formal level _____
13 |            _____
14 |
15 |    E.     Is the last level to which you appealed the highest level of appeal available to
16 |           you?
17 |                  YES (✓)    NO ( )
18 |    F.     If you did not present your claim for review through the grievance procedure,
19 |    explain why.   CDCR and BPT Refused to Respond
20 |    to my 602's.
21 |
22 | II.  Parties
23 |    A.     Write your name and your present address. Do the same for additional plaintiffs,
24 |           if any.
25 |    Barrette Michael P-75604
26 |    SQRC Gym 242
27 |    San Quentin CA  94964
28 |    B.     Write the full name of each defendant, his or her official position, and his or her
```

COMPLAINT                                      - 2 -

1 | place of employment.
2 | CDCR Director Tilman et alii e contra
3 | Does 1-100 California Dept of Corrections and
4 | Board of Prison Terms.
5 |
6 | _____ III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | In 2002 Plaintiff was Convicted of Possesion of a
13 | knife and sentenced to (2) two year's - half time (E)
14 | And (3) three year's parole, "with out the (1) one year
15 | addendum". Plaintiff's Max Parole discharge date
16 | was 2/28/07, with all Pal time included. CDCR
17 | Now claim's that my May Date is 7/18/09.
18 | My Current Release date is 7/18/08.
19 | Plaintiff is currently in Custody on a Parole
20 | Violation PC. § 3056 (tech Violation).
21 |
22 |
23 |
24 |
25 | IV.    Relief
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                                   - 3 -

1  Plaintiff is Requesting Release and Compensation
2  for time spent in the Various forms of Costody,
3  and any Remedies the court sees fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __January__, 20_08_

_____
(Plaintiff's signature)

COMPLAINT                                  - 4 -



$ 00.58⁰  JAN 14 2008
MAILED FROM ZIPCODE 94964

Court Clerk
c/o United States District Court
Northern District of California
450 Golden Gate Ave
                        94102

Barrette P-75604
SQSP Cyn 242
San Quentin CA
              94964



NSF SAN QUENTIN STATE PRISON

Legal Mail