FILED

08 JAN 28 AM 10: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barrette,  Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CDCR Tilton et ali: Does 1-100  Defendant. | MHP (PR) |

I, M. Barrette, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___   Net: ___N/A___

Employer: ___N/A___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/a _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.    Business, Profession or                    Yes ____ No ✓
10             self employment
11      b.    Income from stocks, bonds,                 Yes ____ No ✓
12             or royalties?
13      c.    Rent payments?                             Yes ____ No ✓
14      d.    Pensions, annuities, or                    Yes ____ No ✓
15             life insurance payments?
16      e.    Federal or State welfare payments,         Yes ____ No ✓
17             Social Security or other govern-
18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/a _____
22  _____

23  3.    Are you married?                               Yes ____ No ✓
24  Spouse's Full Name: _____ N/a _____
25  Spouse's Place of Employment: _____ N/a _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N/a _____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      JOM    $100⁰⁰ monthly
6  _____
7  5.  Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $ ∅   Amount of Mortgage: $ ∅
9  6.  Do you own an automobile?   Yes ___ No ✓
10 Make ∅   Year ∅   Model ∅
11 Is it financed? Yes ___ No ✓   If so, Total due: $ ∅
12 Monthly Payment: $ ∅
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ∅   N/A
15
16 Present balance(s): $ ∅   N/A
17 Do you own any cash? Yes ___ No ✓ Amount: $ ∅
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.  What are your monthly expenses?
22 Rent: $ ∅   Utilities: ∅
23 Food: $ ∅   Clothing: ∅
24 Charge Accounts:
25 Name of Account     Monthly Payment          Total Owed on This Acct.
26 N/A        $ ∅                      $ ∅
27 _____        $ _____                $ _____
28 _____        $ _____                $ _____   9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____ N/a _____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/a _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  JAN 11, 2008                              [signature]
17     DATE                              SIGNATURE OF APPLICANT

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -